

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miguel Esparza, individually and on behalf of all others similarly situated | Civil Action No. 23-cv-00102-DMS-KSC |
| **Plaintiff,** | |
| V. | **JUDGMENT IN A CIVIL CASE** |
| UAG Escondido A1 Inc., a Delaware Corporation doing business as acuraofescondido.com | |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's motion to dismiss. Plaintiff's case is dismissed with prejudice and without further leave to amend. Case is closed.

| | |
|---|---|
| **Date:**   8/5/24 | **CLERK OF COURT** <br> **JOHN MORRILL, Clerk of Court** <br> By:  s/ D.Frank |
| | D.Frank, Deputy |